.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WASHINGTON FRONTIER LEAGUE BASEBALL, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:14-cv-1862-TWP-DML ) |
| MICHAEL E. ZIMMERMAN, et al. | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRONTIER PROFESSIONAL BASEBALL, INC., | ) ) |
| Nominal Defendant. | ) |

## PLAINTIFFS' MOTION FOR SANCTIONS

Plaintiffs Washington Frontier League Baseball, LLC ("Washington"), on its own and derivatively on behalf of Frontier Baseball, Inc. (the "League") and Stuart A. Williams ("Williams"), by counsel, pursuant to the Court's inherent authority and 28 U.S.C. § 1927, respectfully move for sanctions against the League's former counsel Kevin L. Murphy and J. Jeffrey Landen for the increased attorneys' fees, expenses, and costs incurred by Washington on the derivative claims and caused by counsel's unreasonable and vexatious conduct. The basis for this motion is set forth in the accompanying Brief in Support of Motion for Sanctions.

As set forth in the Declaration of Andrew McNeil, contained in the separately filed appendix of exhibits, the plaintiffs are seeking at least $308,797.92 in attorneys' fees and $15,239.34 in costs and expenses, for a minimum total of $324,037.26. The attorneys' fees amount includes fees incurred through July 3, 2018; the plaintiffs intend to supplement this amount as additional fees are incurred with respect to this motion.

Wherefore, the plaintiffs respectfully request that this Court enter sanctions against Kevin L. Murphy and J. Jeffrey Landen in the amount of at least $324,037.26, allow the plaintiffs the opportunity to supplement the amount sought based on additional work performed relative to this motion, and award the plaintiffs all just and proper relief.

Respectfully submitted,

s/*Andrew M. McNeil*
Andrew M. McNeil (#19140-49)
Philip R. Zimmerly (#30217-06)
Mark A. Wohlford (#31568-03)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
AMcNeil@boselaw.com
PZimmerly@boselaw.com
MWohlford@boselaw.com

*Attorneys for Plaintiffs, Washington Frontier League Baseball, LLC and Stuart A. Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018, a copy of the foregoing "Plaintiffs' Motion for Sanctions" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jacques Condon, Esq.<br>Condon Law Firm, LLC<br>118 North Green Bay Road, Suite 3<br>Thiensville, WI 53092<br>Jacques@condon-law.com | Steven M. Badger<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Steve.badger@btlaw.com |
| Bernie W. (Too) Keller, Esq.<br>Eric J. Neidlinger, Esq.<br>Keller Macaluso LLC<br>760 3rd Avenue SW, Suite 210<br>Carmel, IN 46032<br>too@kellermacaluso.com<br>eneidlinger@kellermacaluso.com | Linda L. Pence, Esq.<br>Smith Amundsen LLC<br>Capital Center, South Tower<br>201 North Illinois Street, Suite 1400<br>Indianapolis, IN 46204<br>linda.pence@comcast.net |

s/*Andrew M. McNeil*
Andrew M. McNeil
