

**Kevin L. Murphy**
Direct: 859-578-3060
kmurphy@graydon.com

February 13, 2015

Steven Tahsler
Deputy Commissioner
Frontier Professional Baseball, NFP
2041 Goose Lake Rd., Suite 2A
Sauget, IL 62206

    RE:    GHR Invoice #417805

Dear Mr. Tahsler:

Enclosed please find my invoice for the months of November and December.

This is at the discounted rate that I discussed with Mr. Ysursa. Please place this in line for payment.

Thank you.

Sincerely,

*Kevin L. Murphy*

Kevin L. Murphy

KLM:cd
Enclosure

5469667.1

Northern Kentucky at the Chamber Center     Butler/Warren at University Pointe     Cincinnati at Fountain Square

Graydon Head & Ritchey LLP | 2400 Chamber Center Drive | Suite 300 | Ft. Mitchell, KY 41017
859.282.8800 Phone | 859.525.0214 Fax | www.graydonhead.com

# GRAYDON HEAD

LEGAL COUNSEL | SINCE 1871

INVOICE 417805

February 10, 2015

Please remit payments to:
Graydon Head & Ritchey LLP
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, Ohio 45201-6464
513/621-6464
Employer's ID: 31-0565234

Frontier Professional Baseball, NFP
ATTN: Deputy Commissioner Steven Tahsler
2041 Goose Lake Rd., Suite 2A
Sauget IL 62206

For Professional Services Rendered
Through December 31, 2014
In Connection With The Following Matter -

**Corporate Work**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/20/14 | JJL | 0.70 | 231.00 | Work on analysis re: claims; conference call with Kevin Murphy and Clint Brown. |
| 11/30/14 | KLM | 2.10 | 693.00 | Review of Complaint; review of other notices and service documents; review of old bylaws. |
| 12/02/14 | KLM | 1.50 | 495.00 | Preparation for conference call; lengthy telephone conference with Tom Ysursa; meeting with J. Jeffrey Landen; work-up of notes. |
| 12/02/14 | JJL | 1.30 | 429.00 | Review re status; prepare for and participate in conference call with Tom Ysursa. |
| 12/05/14 | PKM | 1.10 | 203.50 | Check docket for service on Frontier; obtain copy of Order to plaintiff re supporting jurisdiction of Frontier; relay all to Kevin Murphy; work on electronic organization of the case documents in hand. |
| 12/08/14 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding case and legal strategies. **(No charge)** |
| 12/11/14 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding status of case and legal strategies in proceeding. **(No charge)** |
| 12/12/14 | KLM | 0.20 | 66.00 | Work-up of e-mail to opposing counsel; receipt and review of e-mail from Ysursa. |
| 12/15/14 | KLM | 0.30 | 99.00 | Exchange of e-mails with Clint Brown; review of previous correspondence from Stu Williams. |
| 12/15/14 | NLS | 1.70 | 323.00 | Review complaint, docket, and pleadings in the pending litigation. Review internal notes on matter, and identify issues to discuss with client; begin research. |
| 12/15/14 | NLS | 1.70 | 323.00 | Review correspondences regarding special meeting of the board of directors to form a litigation committee. Review Bylaws, and identify relevant provisions. Prepare and send correspondence to Kevin Murphy regarding analysis of Bylaws. |



Kevin L. Murphy
Direct: 859-578-3060
kmurphy@graydon.com

February 13, 2015

Steven Tahsler
Deputy Commissioner
Frontier Professional Baseball, NFP
2041 Goose Lake Rd., Suite 2A
Sauget, IL 62206

    RE:    GHR Invoice #417805

Dear Mr. Tahsler:

Enclosed please find my invoice for the months of November and December.

This is at the discounted rate that I discussed with Mr. Ysursa. Please place this in line for payment.

Thank you.

                         Sincerely,

                         Kevin L. Murphy

KLM:cd
Enclosure

5469667.1

Northern Kentucky at the Chamber Center    Butler/Warren at University Pointe    Cincinnati at Fountain Square

Graydon Head & Ritchey LLP | 2400 Chamber Center Drive | Suite 300 | Ft. Mitchell, KY 41017
859.282.8800 Phone | 859.525.0214 Fax | www.graydonhead.com

IN ACCOUNT WITH

# GRAYDON HEAD

LEGAL COUNSEL | SINCE 1871

INVOICE 417805

February 10, 2015

Please remit payments to:
Graydon Head & Ritchey LLP
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, Ohio 45201-6464
513/621-6464
Employer's ID: 31-0565234

Frontier Professional Baseball, NFP
ATTN: Deputy Commissioner Steven Tahsler
2041 Goose Lake Rd., Suite 2A
Sauget IL 62206

For Professional Services Rendered
Through December 31, 2014
In Connection With The Following Matter -

**Corporate Work**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/20/14 | JJL | 0.70 | 231.00 | Work on analysis re: claims; conference call with Kevin Murphy and Clint Brown. |
| 11/30/14 | KLM | 2.10 | 693.00 | Review of Complaint; review of other notices and service documents; review of old bylaws. |
| 12/02/14 | KLM | 1.50 | 495.00 | Preparation for conference call; lengthy telephone conference with Tom Ysursa; meeting with J. Jeffrey Landen; work-up of notes. |
| 12/02/14 | JJL | 1.30 | 429.00 | Review re status; prepare for and participate in conference call with Tom Ysursa. |
| 12/05/14 | PKM | 1.10 | 203.50 | Check docket for service on Frontier; obtain copy of Order to plaintiff re supporting jurisdiction of Frontier; relay all to Kevin Murphy; work on electronic organization of the case documents in hand. |
| 12/08/14 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding case and legal strategies. **(No charge)** |
| 12/11/14 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding status of case and legal strategies in proceeding. **(No charge)** |
| 12/12/14 | KLM | 0.20 | 66.00 | Work-up of e-mail to opposing counsel; receipt and review of e-mail from Ysursa. |
| 12/15/14 | KLM | 0.30 | 99.00 | Exchange of e-mails with Clint Brown; review of previous correspondence from Stu Williams. |
| 12/15/14 | NLS | 1.70 | 323.00 | Review complaint, docket, and pleadings in the pending litigation. Review internal notes on matter, and identify issues to discuss with client; begin research. |
| 12/15/14 | NLS | 1.70 | 323.00 | Review correspondences regarding special meeting of the board of directors to form a litigation committee. Review Bylaws, and identify relevant provisions. Prepare and send correspondence to Kevin Murphy regarding analysis of Bylaws. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/15/14 | JJL | 0.20 | 66.00 | Review re Stu Williams positions; email from Kevin L. Murphy. |
| 12/16/14 | NLS | 0.80 | 152.00 | Review changes between prior and current version of corporate bylaws. |
| 12/19/14 | NLS | 1.30 | 247.00 | Conference with Clint Brown to discuss factual history of case and legal strategies. Prepare and send correspondence to Kevin Murphy regarding legal strategies and how to proceed. |
| 12/23/14 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding status of matter and how to proceed with potential settlement of litigation and legal strategies. |
| 12/30/14 | KLM | 0.20 | 66.00 | Telephone conference with Clint Brown. |
| 12/31/14 | NLS | 0.40 | 76.00 | Conference with Kevin Murphy to discuss how to proceed in representation of league regarding to settlement of litigation. **(No charge)** |
| 12/31/14 | KLM | 0.30 | 99.00 | Conference with Nathaniel L. Swehla; e-mail to Andrew McNeil regarding staying the litigation to attempt settlement; telephone call to Jacques Condon. |
| 12/31/14 | NLS | 2.60 | 494.00 | Research nominal defendant options in asserting interest in litigation, and research derivative actions in under the Seventh Circuit and Ohio case law in preparation for response to complaint |
| 12/31/14 | NLS | 0.30 | 57.00 | Review and revise correspondence to Jacques Condon regarding league taking control of settlement negotiations for lawsuit. |

|  |  |  |
|---|---|---|
| Professional Services | | $ 4,290.50 |
| Discount for No Charge services | | -190.00 |
| **Total Professional Services** | | $ 4,100.50 |
| Costs Advanced | | |
| Extraordinary Delivery Charge | $ 0.69 | |
| **Total Costs Advanced** | | 0.69 |
| **Invoice Total** | | $ 4,101.19 |

**Expenses may have been incurred on your behalf for which the firm has not yet been billed. Any such expenses will be billed to you on the next invoice.**

**If you have any questions regarding this Invoice No. 417805, or would like to receive future invoices via e-mail, please contact Sandra Clark at (513) 629-2865 or sclark@graydon.com.**

IN ACCOUNT WITH

# GRAYDON HEAD
LEGAL COUNSEL | SINCE 1871

INVOICE 417805

February 10, 2015

Please remit payments to:　　　　　　　　　Frontier Professional Baseball, NFP
Graydon Head & Ritchey LLP　　　　　　　ATTN: Deputy Commissioner Steven Tahsler
Attn: Accounts Receivable　　　　　　　　2041 Goose Lake Rd., Suite 2A
P.O. Box 6464　　　　　　　　　　　　　　Sauget IL 62206
Cincinnati, Ohio 45201-6464
513/621-6464
Employer's ID: 31-0565234

## REMITTANCE COPY

Current Charges For Invoice No. 417805

| Client-Matter | Matter Name | Fees | Costs | Totals |
|---|---|---|---|---|
| FR223 - 100001 | Corporate Work | $ 4,290.50 | $ 0.69 | $ 4,291.19 |
| Total Professional Services and Costs Advanced | | $ 4,290.50 | $ 0.69 | $ 4,291.19 |
| Discount for No Charge services | | | | -190.00 |
| **Total Due** | | | | $ 4,101.19 |

Payable upon receipt.

**Please make checks payable to Graydon Head & Ritchey LLP.**