

**Kevin L. Murphy**
Direct: 859-578-3060
kmurphy@graydon.com

April 22, 2015

Steven Tahsler
Deputy Commissioner
Frontier Professional Baseball, NFP
2041 Goose Lake Rd., Suite 2A
Sauget, IL 62206

RE: GHR Invoice #420869

Dear Mr. Tahsler:

Enclosed please find invoices for January and February. I apologize for the delay in getting these to you. I had a health problem that took me out of the office for over a month.

All is well now, and I appreciate your patience. I will get the March invoice out shortly.

Thank you.

Sincerely,

Kevin L. Murphy

KLM:cd
Enclosure

5606271.1

Northern Kentucky at the Chamber Center    Butler/Warren at University Pointe    Cincinnati at Fountain Square

Graydon Head & Ritchey LLP | 2400 Chamber Center Drive | Suite 300 | Ft. Mitchell, KY 41017
859.282.8800 Phone | 859.525.0214 Fax | www.graydonhead.com

IN ACCOUNT WITH

# GRAYDON HEAD

LEGAL COUNSEL|SINCE 1871

INVOICE 420869

April 22, 2015

Please remit payments to:
Graydon Head & Ritchey LLP
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, Ohio 45201-6464
513/621-6464
Employer's ID: 31-0565234

Frontier Professional Baseball, NFP
stahsler@frontierleague.com

For Professional Services Rendered
Through February 28, 2015
In Connection With The Following Matter -

**Corporate Work**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/02/15 | NLS | 0.30 | 57.00 | Conference with Steve Smith regarding Southern District of Indiana admission for filing of pro hac vice. **(No Charge)** |
| 01/05/15 | NLS | 0.30 | 57.00 | Conference with Jeff Landen regarding matter and discuss legal strategies in proceeding. |
| 01/06/15 | KLM | 0.30 | 99.00 | Conference with Andrew McNeil; memo to file; e-mail to Clint Brown. |
| 01/06/15 | NLS | 0.20 | 38.00 | Review and revise pro hac vice motion for Kevin Murphy |
| 01/06/15 | NLS | 0.50 | 95.00 | Conference with Jacques Condon regarding matter and initial discuss of ideas as to how parties will proceed; discuss possibility of settlement, dismissal of complaint, and possible transfer of venue. |
| 01/07/15 | KLM | 0.80 | 264.00 | Review of documents; e-mail exchange with Clint Brown; conference call with Clint and Nathaniel L. Swehla. |
| 01/07/15 | JJL | 1.50 | 495.00 | Review re status; conference call with Kevin L. Murphy and Nathan Swehla; legal research re nominal defendant issues. |
| 01/07/15 | NLS | 1.30 | 247.00 | Conference with Kevin Murphy and Jeff Landen to discuss legal strategies and factual issues with case. |
| 01/07/15 | NLS | 1.90 | 361.00 | Research case law and statute regarding transfer of venue requirements under Southern District of Indiana decisions. |
| 01/07/15 | NLS | 0.80 | 152.00 | Research parties to case and location of residence and corporate organization. |
| 01/08/15 | NLS | 1.20 | 228.00 | Prepare and send correspondence to Kevin Murphy and Jeff Landen regarding Stu Williams' demand upon the League, and research results regarding demand requirements in derivative actions under Ohio law. |
| 01/08/15 | NLS | 0.40 | 76.00 | Prepare notice of extension of time to respond to complaint for filing and confirm that pleading conforms to local rules. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/09/15 | KLM | 0.50 | 165.00 | Work with Nathaniel L. Swehla on preparation for response; receipt and review of correspondence from Andrew McNeil; work-up of response to McNeil. |
| 01/09/15 | KLM | 0.30 | 99.00 | Work with Nathaniel L. Swehla on strategy and response. |
| 01/09/15 | KLM | 0.30 | 99.00 | Continued conversation with Nathaniel L. Swehla regarding derivative elements and Stu's refusal to stand down. |
| 01/09/15 | NLS | 0.40 | 76.00 | Conference with Jacques Condon regarding Mike Zimmerman's intended strategy and further discuss possible settlement parameters. Prepare and send correspondence to Kevin Murphy regarding the same. |
| 01/09/15 | NLS | 0.40 | 76.00 | Conference with Clint Brown regarding status of case and possibility of settlement, and settlement parameters. |
| 01/09/15 | NLS | 0.40 | 76.00 | Conference with Kevin Murphy regarding legal strategies and how to proceed. |
| 01/11/15 | NLS | 0.30 | 57.00 | Review correspondence from Andrew McNiel and review proposed correspondence in response from Kevin Murphy. |
| 01/12/15 | NLS | 1.50 | 285.00 | Research Ohio case law on derivative law suits. |
| 01/12/15 | NLS | 0.80 | 152.00 | Conference with Tom Ysursa to discuss facts relating to the board's vote regarding Stu William's demand, and relating to general issues with league structure and bylaws. |
| 01/12/15 | NLS | 0.80 | 152.00 | Conference with Kevin Murphy regarding litigation strategies and possible resolution and settlement of case. |
| 01/12/15 | JJL | 0.20 | 66.00 | Review re status and coordinate with Nathan Swehla. **(No Charge)** |
| 01/13/15 | KLM | 1.50 | 495.00 | Lengthy telephone conference with Clint Brown; meeting with Nathaniel L. Swehla to discuss strategy to Executive Committee; receipt and review of Motion to Dismiss and Memorandum in Support of Motion to Dismiss filed by the Defendants. |
| 01/13/15 | NLS | 1.00 | 190.00 | Conference call with Client Brown and Kevin Murphy to obtain additional facts and information regarding matter. |
| 01/13/15 | NLS | 0.60 | 114.00 | Conference with Kevin Murphy to discuss legal strategies in proceeding with case and advising board of directors at client. |
| 01/13/15 | NLS | 0.40 | 76.00 | Review Motion to Dismiss Stu Williams' Complaint and support memorandum filed by Mike Zimmerman. |
| 01/14/15 | NLS | 2.30 | 437.00 | Begin drafting case notes and outline from research and factual investigation. |
| 01/15/15 | KLM | 0.40 | 132.00 | Exchange of e-mails with Clint Brown; review of Zimmerman brief. |
| 01/15/15 | NLS | 0.60 | 114.00 | Conference with Clint Brown regarding issues to present to executive committee and review correspondence regarding agenda items for meeting with executive committee; review memorandum of law relating to derivative actions and the strategies in filing a motion to dismiss or taking over the case. |
| 01/16/15 | NLS | 0.20 | 38.00 | Review correspondence from Clint Brown regarding results of executive committee meeting and strategies in proceeding. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/16/15 | NLS | 2.10 | 399.00 | Research issues of business judgment rule for board actions and decisions and impact on strategies in proceeding. |
| 01/16/15 | NLS | 0.50 | 95.00 | Conference with Tom Ysursa to discuss board actions from time Stu Williams demand was made until the time the suit was filed; memo to file. |
| 01/19/15 | NLS | 0.20 | 38.00 | Review draft correspondence from Executive Committee to Stu Williams regarding standing down in pending litigation to allow the league an opportunity to settle this matter. |
| 01/19/15 | NLS | 1.30 | 247.00 | Conference with Jeff Landen to discuss matter and review materials in preparation for conference call with litigation committee. |
| 01/19/15 | NLS | 0.80 | 152.00 | Conference with board of directors and provide recommended legal strategies and course of actions for handling pending litigation; memo to file. |
| 01/19/15 | JJL | 0.80 | 264.00 | Conference call with Frontier League board's executive/litigation committee and related updates; coordinate with Kevin L. Murphy and Nathan Swehla. |
| 01/21/15 | NLS | 3.30 | 627.00 | Continue review of documents and analysis of strategies for motion to dismiss. Continue drafting motion to dismiss. |
| 01/21/15 | KLM | 1.00 | 330.00 | Work with Nathaniel L. Swehla on Memorandum in Support of Motion to Dismiss. |
| 01/22/15 | NLS | 0.30 | 57.00 | Conference with Jeff Landen to discuss strategies in preparing motion to dismiss. **(No Charge)** |
| 01/22/15 | NLS | 1.40 | 266.00 | Continue research of derivative actions under Ohio law. |
| 01/23/15 | NLS | 2.80 | 532.00 | Continue drafting motion to dismiss. Conference with Tom Ysursa and prepare outline and strategies for league to consider in its investigative report, and include Ohio legal elements for each claim. |
| 01/24/15 | NLS | 3.10 | 589.00 | Continue drafting motion to dismiss. |
| 01/25/15 | KLM | 0.50 | 165.00 | Work with Nathaniel L. Swehla on brief. |
| 01/25/15 | NLS | 5.30 | 1,007.00 | Continue drafting motion to dismiss. |
| 01/26/15 | NLS | 6.80 | 1,292.00 | Complete drafting and revisions of Motion to Dismiss, and file motion with the Court. |
| 01/27/15 | KLM | 0.20 | 66.00 | Receipt and review of Court notices regarding filings. |
| 01/27/15 | NLS | 0.50 | 95.00 | Review notifications from court regarding motion to dismiss filings. Prepare corporate disclosure statement. |
| 01/27/15 | NLS | 0.20 | 38.00 | Review corporate disclosure statement filed by Washington Frontier Baseball. |
| 01/28/15 | KLM | 0.20 | 66.00 | Review of e-mails regarding Corporate Disclosure. |
| 01/28/15 | NLS | 0.30 | 57.00 | Prepare and send correspondence to Clint Brown and Tom Ysursa regarding information on corporate disclosure statement. |
| 01/28/15 | NLS | 0.30 | 57.00 | File corporate disclosure statement. |

3

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 01/29/15 | NLS | 0.80 | 152.00 | Review and revise draft Litigation Committee Report. |
| 01/30/15 | KLM | 0.30 | 99.00 | Review of draft report of litigation committee; work with Nathaniel L. Swehla regarding same. |
| 01/30/15 | NLS | 0.50 | 95.00 | Review plaintiffs' motion for extension of time to respond to Zimmerman defendants motion to dismiss, and calculate plaintiffs' proposed response period to all pending motions to dismiss to 2/12/2015. |
| 01/30/15 | NLS | 0.30 | 57.00 | Correspondence to Kevin Murphy regarding status of revisions to litigation committee report, and review comments and revisions to report. |
| 01/30/15 | NLS | 1.20 | 228.00 | Exchange correspondence with Tom Ysursa regarding litigation committee report and proposed revisions. Prepare declaration for filing with report and provide a copy to Tom Ysursa. Review and revise the proposed verification relating to the report received from Tom Ysursa. |
| 01/30/15 | NLS | 0.90 | 171.00 | Conference with Tom Ysursa to discuss litigation committee report and scope of issues in report that would be relevant for the committee's determination of the derivative claims and action, and developing course of action regarding lawsuit. |
| 02/02/15 | NLS | 0.60 | 114.00 | Correspondence with Tom Ysursa and Clint Brown regarding executed verification for Litigation Committee Report. Correspondence to Kevin Murphy regarding legal strategies once Report has approved by the Litigation Committee. Confirm that Litigation Committee has approved the Report. |
| 02/03/15 | NLS | 1.20 | 228.00 | Review Order entered by Court granting plaintiff's motion to extend time to respond to Zimmerman's motion to dismiss. Review executed verification from Clint Brown. Prepare Notice of Filing of Document in support of motion to dismiss, and file document with the Court. |
| 02/04/15 | NLS | 0.20 | 38.00 | Review correspondence from Martha Gutierrez at Court regarding electronic filing of PDF documents, and conversion of documents from word format. **(No Charge)** |
| 02/06/15 | KLM | 0.80 | 264.00 | Review of Amended Complaint; e-mail to Nathaniel L. Swehla regarding potential lack of compliance with federal rules on Plaintiff's part; review of exchange of e-mails between Nathaniel L. Swehla and Clint Brown regarding certain factual allegations in Amended Complaint. |
| 02/06/15 | NLS | 1.20 | 228.00 | Review Amended Complaint filed by plaintiffs. Prepare and send correspondence to Tom Ysursa regarding request for documents and information referenced in the amended complaint. Exchange correspondence with Clint Brown regarding documents and facts referenced in the amended complaint relating to him. |
| 02/06/15 | NLS | 0.80 | 152.00 | Research Rule 15 and ability to amend complaint without leave after the filing of a motion to dismiss. Prepare and send correspondence to Kevin Murphy regarding the same and legal strategies in addressing the amended complaint. |
| 02/09/15 | KLM | 0.80 | 264.00 | Review of e-mails; continued review of Amended Complaint. |
| 02/09/15 | NLS | 0.20 | 38.00 | Review correspondence from Clint Brown regarding Stu Williams' alleged damages asserted in the amended complaint. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/10/15 | KLM | 0.20 | 66.00 | Receipt and review of e-mail from Ysursa; conference with Nathaniel L. Swehla. |
| 02/10/15 | NLS | 0.80 | 152.00 | Review amended complaint and prepare draft correspondence to send to League regarding amended complaint and confirming how we should proceed. |
| 02/10/15 | NLS | 0.20 | 38.00 | Conference with Kevin Murphy regarding how to proceed and legal strategies in responding to amended complaint. **(No Charge)** |
| 02/10/15 | NLS | 0.20 | 38.00 | Revise and send correspondence to Clint Brown and Tom Ysursa regarding amended complaint and intended course of action. |
| 02/11/15 | KLM | 0.50 | 165.00 | Review of Court Order; conference with Nathaniel L. Swehla regarding case management plan ordered by the Court and FRCP Rule 26(f) conference; review of e-mails from Tom Ysursa and Nathaniel L. Swehla. |
| 02/11/15 | NLS | 0.30 | 57.00 | Conference with Jacques Condon regarding plaintiffs untimely amended complaint, and whether a motion to strike will be filed. |
| 02/11/15 | NLS | 0.90 | 171.00 | Review Litigation Committee Report in light of Amended Complaint to determine if a new report is needed. Prepare and send correspondence to Tom Ysursa requesting Memorandum of Understanding with the city. Review correspondence from Clint Brown confirming that the Litigation Committee approves course of action in regarding to the Amended Complaint. |
| 02/11/15 | NLS | 0.60 | 114.00 | Review case management plan deadlines and local court rules regarding Rule 26(f) conference. Begin drafting case management plan. |
| 02/12/15 | NLS | 0.40 | 76.00 | Conference with Tom Ysursa regarding potential litigation committee report addressing amended complaint. |
| 02/12/15 | NLS | 0.70 | 133.00 | Revise litigation committee report for amended complaint, and prepare and send correspondence to Tom Ysursa regarding the same. |
| 02/13/15 | NLS | 0.70 | 133.00 | Revise Litigation Committee report to address alter ego argument in Amended Complaint, and exchange correspondence with Tom Ysursa regarding Travel Team LLC and Frontier league entities. |
| 02/13/15 | NLS | 0.50 | 95.00 | Conference with Tom Ysursa regarding travel team LLC meeting meetings and budgets; correspondence to Kevin Murphy regarding legal strategies and argument in responding the plaintiff's allegation that the Frontier League has not sustained sufficient damages to warrant the cost and expense of litigation |
| 02/13/15 | NLS | 0.80 | 152.00 | Draft motion to dismiss amended complaint, and begin drafting memorandum in support of motion. |
| 02/16/15 | NLS | 0.30 | 57.00 | Review correspondence from Tom Ysursa regarding corporate meetings and budgets for the travel team LLC. Review correspondence from Andrew McNeil regarding setting 26(f) conference. |
| 02/17/15 | KLM | 0.30 | 99.00 | Receipt and review of multiple e-mails regarding Court ordered conference. |

5

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/17/15 | KLM | 1.20 | 396.00 | Meeting with Nathaniel L. Swehla to go over litigation plan and set dates in anticipation of conference call. |
| 02/17/15 | KLM | 0.30 | 99.00 | Review of Amended Complaint; e-mail to Clint Brown. |
| 02/17/15 | NLS | 1.50 | 285.00 | Conference with Kevin Murphy to review case management plan and discuss legal strategies in setting pretrial deadlines and proceeding with case. |
| 02/17/15 | NLS | 4.50 | 855.00 | Review correspondences from Tom Ysursa between Stu Williams Attorney, the league, and the Hanners group; draft the Motion to Dismiss Amended Complaint. |
| 02/17/15 | KLM | 0.40 | 132.00 | Review of e-mails regarding litigation committee report; review of e-mails from Tom Ysursa. |
| 02/18/15 | KLM | 1.10 | 363.00 | Brief preparation for Case Management Plan conference call; conference call with all counsel; follow-up regarding requests by Plaintiff to have the Magistrate try the case. |
| 02/18/15 | NLS | 0.40 | 76.00 | Conference with Jacques Condon regarding proposed language in plaintiff's draft of case management plan, and language regarding ESI discovery. |
| 02/18/15 | NLS | 1.10 | 209.00 | Conduct Rule 26(f) conference and discuss case management plan, ESI discovery issues, and additional language to include in proposed plan. Discuss temperament of Court, and local procedures for the judge presiding over the case. |
| 02/18/15 | NLS | 0.40 | 76.00 | Conference with Kevin Murphy to discuss legal strategies in light of Rule 26(f) conference, and discuss issues in consenting to the magistrate or judge in this case. |
| 02/18/15 | NLS | 0.30 | 57.00 | Review correspondence from Kevin Murphy regarding information on Judge Pratt, and prepare and send correspondence to Jacques Condon regarding any potential information on Judge Pratt and Magistrate Lynch. |
| 02/19/15 | KLM | 1.50 | 495.00 | Edited Memorandum in Support of renewed Motion to Dismiss; work-up of Motion. |
| 02/19/15 | KLM | 2.80 | 924.00 | Continued work with Nathaniel L. Swehla on Case Management Plan; several telephone conferences with Indiana counsel regarding the decision to go with the Article III Judge or the Magistrate; review of multiple e-mails from Jacques Condon, Nathaniel L. Swehla, and Andrew McNeil; receipt and review of five subpoenas; drafted Motion to Stay Discovery; lengthy e-mail to Clint Brown. |
| 02/19/15 | NLS | 0.80 | 152.00 | Conference with Jeff Landen regarding legal strategies in proceeding with ESI discovery, and potential concerns regarding pleadings reflecting profit or loss of client. |
| 02/19/15 | NLS | 0.30 | 57.00 | Conference with Kevin Murphy regarding information on judge and magistrate and discuss strategies in proceeding. **(No Charge)** |
| 02/19/15 | NLS | 4.80 | 912.00 | Continue drafting and revising motion to dismiss amended complaint. |
| 02/19/15 | JJL | 0.80 | 264.00 | Conference with Nathan Swehla and work on analysis re strategy. **(No Charge)** |
| 02/20/15 | KLM | 1.00 | 330.00 | Continued work on brief and motion; telephone conference with Clint Brown; e-mail to Jacques Condon; receipt and review of e-mails. |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/20/15 | KLM | 0.70 | 231.00 | Lengthy e-mail to litigation group; continued work on finalizing brief with Nathaniel L. Swehla. |
| 02/20/15 | NLS | 0.40 | 76.00 | Review correspondence from Tom Ysursa regarding information for organization of travel team limited liability company, and confirm that Litigation Committee has approved the report for the amended complaint. |
| 02/20/15 | NLS | 0.30 | 57.00 | Review correspondence from Andrew McNeil with subpoenas to third parties. |
| 02/20/15 | NLS | 2.00 | 380.00 | Revise and file Motion to Dismiss Amended Complaint, and attach necessary documents to pleading. |
| 02/20/15 | NLS | 0.70 | 133.00 | Review and revise case management plan. |
| 02/20/15 | DJK | 1.40 | 350.00 | Research ability to seek a stay in discovery while a Motion to Dismiss is pending pursuant to Rule 23.1; draft caselaw insert for Motion to Stay Discovery; correspond with Kevin L. Murphy regarding same. |
| 02/21/15 | KLM | 2.10 | 693.00 | Review Taylor case; work-up of Memorandum in Support of Motion for Protective Order; e-mail to Andrew McNeil. |
| 02/23/15 | KLM | 0.40 | 132.00 | Receipt and review of e-mail from Andrew McNeil; continued work on Memorandum in Support of Motion for Protective Order to Stay Discovery. |
| 02/23/15 | KLM | 3.00 | 990.00 | Continued work on Memorandum in Support of Motion to Stay and Protective Order; review multiple e-mails from Jacques Condon, Andrew McNeil and Nathaniel L. Swehla regarding case management plan. |
| 02/23/15 | NLS | 1.70 | 323.00 | Review case law regarding limiting discovery while motion to dismiss derivative action is pending. Review legal strategies in proceeding with motion for protective order and whether motion is ripe. Review and revise case management plan and send to Jacques Condon with revisions. |
| 02/23/15 | KLM | 0.50 | 165.00 | Review of multiple e-mails regarding Case Management Plan and discovery. |
| 02/24/15 | NLS | 0.50 | 95.00 | Review Motion to Dismiss Amended Complaint filed by Zimmerman Defendants. |
| 02/24/15 | NLS | 0.40 | 76.00 | Review revised case management plan from Andrew McNeil, and correspondence to Kevin Murphy regarding proposed changes and authorization to file plan. |
| 02/24/15 | NLS | 0.40 | 76.00 | Conference with Kevin Murphy regarding status of case management and motion for protective order, and develop legal strategies in proceeding. |
| 02/24/15 | KLM | 0.80 | 264.00 | Continued work on Motion for Protective Order; meeting with Nathaniel L. Swehla regarding same; review of e-mails. |
| 02/24/15 | NLS | 0.80 | 152.00 | Edit draft of motion for protective order and add caselaw. |
| 02/25/15 | NLS | 0.40 | 76.00 | Conduct final review and revisions to motion for protective order, and file with the Court. |
| 02/27/15 | NLS | 0.50 | 95.00 | Review notifications from court regarding motion to dismiss filings. Prepare corporate disclosure statement. |
| 02/27/15 | NLS | 0.20 | 38.00 | Review corporate disclosure statement filed by Washington Frontier Baseball. |

7

| 02/28/15 | NLS | 0.30 | 57.00 | Prepare and send correspondence to Clint Brown and Tom Ysursa regarding information on corporate disclosure statement; file same. |

| | | |
|---|---|---|
| Professional Services | | $ 25,322.00 |
| Discount for No Charge services | | -577.00 |
| **Total Professional Services** | | $ 24,745.00 |
| Costs Advanced | | |
|     Extraordinary Delivery Charge | 48.89 | |
|     Filing Fees/Recording Fees | 30.00 | |
|     Long Distance/Teleconference Charges | 77.79 | |
|     Online Computer Research | 11.20 | |
| **Total Costs Advanced** | | 167.88 |
| **Invoice Total** | | $ 24,912.88 |

**Expenses may have been incurred on your behalf for which the firm has not yet been billed. Any such expenses will be billed to you on the next invoice.**

**If you have any questions regarding this Invoice No. 420869, or would like to receive future invoices via e-mail, please contact Sandra Clark at (513) 629-2865 or sclark@graydon.com.**

IN ACCOUNT WITH

# GRAYDON HEAD

LEGAL COUNSEL | SINCE 1871

INVOICE 420869

April 22, 2015

Please remit payments to:
Graydon Head & Ritchey LLP
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, Ohio 45201-6464
513/621-6464
Employer's ID: 31-0565234

Frontier Professional Baseball, NFP
**stahsler@frontierleague.com**

## REMITTANCE COPY

Current Charges For Invoice No. 420869

| Client-Matter | Matter Name | Fees | Costs | Totals |
|---|---|---|---|---|
| FR223 - 100001 | Corporate Work | $ 25,322.00 | $ 167.88 | $ 25,489.88 |
| Total Professional Services and Costs Advanced | | $ 25,322.00 | $ 167.88 | $ 25,489.88 |
| Discount for No Charge services | | | | -577.00 |
| **Total Due** | | | | $ 24,912.88 |

Payable upon receipt.

**Please make checks payable to Graydon Head & Ritchey LLP.**