

# INVOICE

INVOICE NUMBER:  100155
INVOICE DATE:  6/26/2017

FROM:  Murphy Landen Jones PLLC
2400 Chamber Center Drive
Suite 200
Fort Mitchell, KY 41017

Washington Frontier League Baseball, LLC, et al.

v. Zimmerman, et al.

TO:  Frontier Professional Baseball, NFP
2041 Goose Lake Road
Suite 2A
Sauget, IL 62206-2822

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 5/1/2017 | JJL | Coordinate with Nick Gregg regarding deposition dates and discovery issues; email from Ysursa regarding 3rd party subpoenas. | 0.60 | $330.00 | $198.00 |
| 5/1/2017 | NRG | Conference with Jeff Landen re miscellaneous case matters (deposition dates, future steps, etc.) | 0.40 | $115.00 | $46.00 |
| 5/2/2017 | JJL | Review discovery status and coordinate with Kevin Murphy regarding strategy; analysis regarding Noble Roman's case and potential motion for protective order; email to McNeil regarding deposition scheduling; review email from McNeil. | 1.20 | $330.00 | $396.00 |
| 5/2/2017 | KLM | Meeting with Jeff Landen regarding discovery; conference call with Clint Brown regarding deposition. | 0.70 | $330.00 | $231.00 |
| 5/2/2017 | NRG | Began drafting and editing a motion for protective order re non-party subpoenas to member clubs; conferences with Jeff Landen re same | 3.40 | $115.00 | $391.00 |
| 5/3/2017 | NRG | Continued drafting and editing Motion for Protective Order re third party subpoenas to clubs | 1.10 | $115.00 | $126.50 |
| 5/4/2017 | JJL | Work on Noble Roman's analysis as basis for motion for protective order; call with Andrew McNeil regarding outstanding issues; emails from Tom Ysursa and email to Jay Jaffe. | 2.80 | $330.00 | $924.00 |
| 5/5/2017 | JJL | Work on discovery and tactical issues; talk to Tom Ysursa; emails with McNeil; work on deposition scheduling; email to Tom Ysursa. | 3.90 | $330.00 | $1,287.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/8/2017 | JJL | Analysis regarding aiding and abetting issues; review regarding Devries and Blake cases; email from McNeil regarding scope of third party subpoenas analysis regarding same; emails to Tom Ysursa; analysis regarding internal affairs doctrine; coordinate with Nick Gregg. | 2.30 | $330.00 | $759.00 |
| 5/8/2017 | NRG | Conference with Jeff Landen regarding internal affairs doctrine and status of aiding and abetting intentional torts (breach of fiduciary duty) in Indiana and Ohio; conducted research on same; began drafting and editing a Motion for Summary Judgment on business judgment rule. | 2.10 | $115.00 | $241.50 |
| 5/9/2017 | JJL | Review notices of deposition for Malliett, Semaca, Lee and Brown. Email to Tom Ysursa. Email to McNeil regading Devries and Blake with demand to withdraw the claims. | 1.50 | $330.00 | $495.00 |
| 5/9/2017 | NRG | Continued drafting and editing Motion for Summary Judgment on Business Judgment Rule; conducted research re same; conference with Jeff Landen re same; conference with Jeff Landen re AAA depositions | 1.90 | $115.00 | $218.50 |
| 5/10/2017 | NRG | Began reviewing Commissioner's Decision to identify key facts to include in Motion for Summary Judgment; continued drafting and editing Motion for Summary Judgment | 1.40 | $115.00 | $161.00 |
| 5/11/2017 | JJL | Work on discovery issues; extension regarding subpoenas; emails to/from Ysursa regarding extension and regarding local counsel; email to McNeil regarding subpoenas; coordinate with Nick Gregg. | 3.80 | $330.00 | $1,254.00 |
| 5/11/2017 | NRG | Outlined the legal arguments to be made for Motion for Summary Judgment (internal affairs doctrine, civil aiding and abetting claims in Ohio, etc.); continued drafting and editing Motion for Summary Judgment; conference with Jeff Landen re subpoenas and email to McNeil | 5.30 | $115.00 | $609.50 |
| 5/12/2017 | JJL | Email from McNeil; analysis regarding his position on Devries case. | 1.10 | $330.00 | $363.00 |
| 5/15/2017 | JJL | Work on strategy; talk to Tom Ysursa regarding next steps; review opinion of Magistrate Judge and email to Ysursa regarding its implications; coordinate with Nick Gregg. | 1.40 | $330.00 | $462.00 |
| 5/15/2017 | NRG | Determine individuals that own subpoena recipients club and determine whether opposing counsel has requested to depose them or not; review Court's Order re privilege and corporate neutrality doctrine | 0.70 | $115.00 | $80.50 |
| 5/16/2017 | JJL | Work on analysis regarding aiding and abetting issues and worked on summary judgment plans. | 1.50 | $330.00 | $495.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/16/2017 | NRG | Continued drafting and editing motion for summary judgment; conference with Jeff Landen regarding same; conference with Jeff regarding future steps (subpoenas, depositions, etc.) and regarding Restatement 876 in Ohio. | 4.60 | $115.00 | $529.00 |
| 5/17/2017 | JJL | Work on issues regarding summary judgment and work on third party subpoena issues. Coordinate with Tom Ysursa. Talk to McNeil. | 0.60 | $330.00 | $198.00 |
| 5/17/2017 | NRG | Continued drafting and editing Motion for Summary Judgment; conference with Jeff Landen re same; conference with Jeff Landen re subpoenas, call to McNeil | 1.90 | $115.00 | $218.50 |
| 5/18/2017 | JJL | Talk to McNeil; emails to/from McNeil; emails to/from Tom Ysursa; coordinate with Nick Gregg. | 0.80 | $330.00 | $264.00 |
| 5/18/2017 | NRG | Conferences with Jeff Landen re miscellaneous case matters (calls to McNeil, subpoenas, depositions and deposition dates, etc.) | 0.60 | $115.00 | $69.00 |
| 5/19/2017 | JJL | Talk to Tom Ysursa; work on Discovery and on summary judgment issues. Coordinate with Nick Gregg; email from McNeil to Tom Ysursa. | 1.60 | $330.00 | $528.00 |
| 5/19/2017 | NRG | Sat in on call with Tom Ysursa and Jeff Landen; notes re same; prepared notes for Jeff Landen; conference with Jeff Landen about miscellaneous case matters | 1.10 | $115.00 | $126.50 |
| 5/20/2017 | JJL | Coordinate with Tom Ysursa and Kevin Murphy regarding upcoming board. | 0.40 | $330.00 | $132.00 |
| 5/20/2017 | KLM | Conference call with Tom Ysursa and Jeff Landen in preparation for Monday call; follow-up conference with Jeff. | 0.40 | $330.00 | $132.00 |
| 5/21/2017 | JJL | Work on status report, attach plan and interim budget; coordinate with Kevin Murphy; email to Tom Ysursa. | 4.80 | $330.00 | $1,584.00 |
| 5/22/2017 | JJL | Prepare for conference call with Special Litigation Committee; conference call with Special Litigation Committee. | 1.80 | $330.00 | $594.00 |
| 5/22/2017 | KLM | Conference call with Litigation Committee; follow-up call with Clint Brown. | 1.10 | $330.00 | $363.00 |
| 5/22/2017 | KLM | Receipt and review of email from Tom Ysursa; telephone conference with Clint Brown. | 0.30 | $330.00 | $99.00 |
| 5/22/2017 | NRG | Sat in on call with Litigation Committee; took notes on same; continued editing Motion for Summary Judgment | 1.70 | $115.00 | $195.50 |
| 5/23/2017 | JJL | Review email from Tom Ysursa; identify and update case law regarding internal affairs doctrine. | 0.40 | $330.00 | $132.00 |
| 5/23/2017 | NRG | Continued editing Motion for Summary Judgment; conducted research re same; drafted email to Ysursa re internal affairs doctrine and the Abrams case | 1.90 | $115.00 | $218.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 5/24/2017 | JJL | Review schedule, sent email to Ysursa regarding Abrams; sent email to McNeil regarding scheduling; sent notice of deposition of Stu Williams to McNeil. | 0.90 | $330.00 | $297.00 |
| 5/24/2017 | NRG | Conference with Jeff Landen re communications to McNeil and notice of Stu's deposition in federal case (S.D. Indiana); drafted notice of Stu's deposition; organized file | 1.00 | $115.00 | $115.00 |
| 5/25/2017 | NRG | Edited Motion for Protective Order to contain current information; reviewed documents and emails re same; drafted AAA notice of deposition for Stuart Williams | 2.30 | $115.00 | $264.50 |
| 5/26/2017 | JJL | Talk to Jacques Condon and reviewed email from McNeil. | 0.70 | $330.00 | $231.00 |
| 5/26/2017 | KLM | Telephone conference with Clint Brown; continued work on brief. | 0.80 | $330.00 | $264.00 |
| 5/30/2017 | JJL | Coordinate with Kevin Murphy by phone, Mike Jones and Nick Gregg; review emails; organize and docket. | 0.80 | $330.00 | $264.00 |
| 5/30/2017 | KLM | Conference with Jeff Landen regarding upcoming discovery depositions; work on summary judgment motion issues with Nick Gregg and Jeff; email to Clint Brown regarding preparation for deposition. | 0.50 | $330.00 | $165.00 |
| 5/30/2017 | KLM | Made changes/edits to first draft of Motion for Summary Judgment; review of report. | 1.30 | $330.00 | $429.00 |
| 5/30/2017 | NRG | Edited Motion for Summary Judgment with comments from Kevin Murphy and Jeff Landen | 0.80 | $115.00 | $92.00 |
| 5/31/2017 | NRG | Drafted and edited Joint Motion for Enlargement re discovery deadline; conference with Jeff Landen to review documents and discovery for arbitration purposes | 2.20 | $115.00 | $253.00 |
| | | EXPENSES | | | |
| 5/3/2017 | KLM | Faegre Baker Daniels Inv. 32035392 for professional services rendered. | | | $945.00 |
| 5/16/2017 | KLM | Faegre Baker Daniels Inv. 32035632 for professional services rendered. | | | $1,449.00 |
| 5/16/2017 | KLM | Faegre Baker Daniels Inv. 32034347 for professional services rendered. | | | $1,073.50 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $16,496.00 |
| | | Total amount of expenses | | | $3,467.50 |
| | | Total amount of this invoice | | | $19,963.50 |