

# INVOICE

INVOICE NUMBER: 100165
INVOICE DATE: 7/18/2017

FROM: Murphy Landen Jones PLLC
2400 Chamber Center Drive
Suite 200
Fort Mitchell, KY 41017

TO: Frontier Professional Baseball, NFP
2041 Goose Lake Road
Suite 2A
Sauget, IL 62206-2822

Washington Frontier League Baseball, LLC, et al.

v. Zimmerman, et al.

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/1/2017 | JJL | Talk to Keller; talk to Condon; work on extension of discovery deadline; arrangements for continuing subpoena compliance deadline; review emails. | 0.30 | $330.00 | $99.00 |
| 6/1/2017 | NRG | Conferences with Jeff Landen re AAA issues (interrogatories, scheduling depositions, etc.) and emails to McNeil re same; drafted and edited Joint Motion for Enlargement of Time re discovery issues | 1.90 | $115.00 | $218.50 |
| 6/2/2017 | JJL | Work on discovery issues, including amended responses to interrogatories; took call from Jacques Condon; work on revisions to motion for summary judgment (1.0--no charge). | 6.50 | $330.00 | $2,145.00 |
| 6/2/2017 | KLM | Work with Jeff Landen and Nick Gregg on summary judgment motion and discovery issues; review of emails; review of case law. | 2.20 | $330.00 | $726.00 |
| 6/2/2017 | MSJ (2) | Work on research for summary judgment motion; work on analysis involving arguments for same | 2.20 | $330.00 | $726.00 |
| 6/3/2017 | JJL | Work on finalizing motion for summary judgment; work on supplemental document production; talk to Kevin Murphy (1.0--no charge). | 1.40 | $330.00 | $462.00 |
| 6/3/2017 | MSJ (2) | Work on issues re compliance with court order involving production of withheld documents | 1.10 | $330.00 | $363.00 |
| 6/3/2017 | NRG | Finalized Motion for Summary Judgment and related documents; filed same; conferences with Jeff Landen re same; conference with Mike Jones re supplemental document production pursuant to Court order; review and organize documents re same | 9.10 | $115.00 | $1,046.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 6/4/2017 | JJL | Work on deposition preparations; call from Clint Brown and Bill Lee; call to Steve Tahsler; deposition preparation Bill Lee; work on interrogatory answers. | 4.40 | $330.00 | $1,452.00 |
| 6/4/2017 | MSJ (2) | Review Court Order compelling production of documents; review interrogatory answers; work on review of documents for production pursuant to court order; work on redaction of privileged material | 6.40 | $330.00 | $2,112.00 |
| 6/4/2017 | NRG | Prepared documents and interrogatory answers for supplemental production as ordered by the Court; conferences with Mike Jones and Jeff Landen re same; organize documents for depo prep re Bill Lee and Clint Brown (1.10--no charge). | 8.80 | $115.00 | $1,012.00 |
| 6/5/2017 | JJL | Work on document production issues; work on interrogatory answers; call from Bill Lee; coordinate with Steve Tahsler. | 1.10 | $330.00 | $363.00 |
| 6/5/2017 | JJL | Coordinate with Joe Conley regarding Florence Freedom documents produced; prepare for Deposition of Clint Brown. | 1.40 | $330.00 | $462.00 |
| 6/5/2017 | KLM | Brief preparation of Bill Lee; attendance at deposition; work with Joe Conley regarding privilege issues; work on discovery. | 11.80 | $330.00 | $3,894.00 |
| 6/5/2017 | MSJ (2) | Work on issues re revision of interrogatories; work on review of documents for production pursuant to court order; work on redaction of privileged material; work on privilege log; work on production of all of above to parties (4.0--no charge). | 9.80 | $330.00 | $3,234.00 |
| 6/6/2017 | JJL | Prepare for and participate in deposition of Clint Brown. | 2.10 | $330.00 | $693.00 |
| 6/6/2017 | KLM | Attendance at deposition of Clint Brown; conferences with Joe Conley and Jeff Landen. | 8.00 | $330.00 | $2,640.00 |
| 6/6/2017 | MSJ (2) | Work on deposition issues and follow-up case analysis; work on issues re research involving business judgment | 1.60 | $330.00 | $528.00 |
| 6/6/2017 | NRG | Reviewed and prepared documents for supplemental document production; conferences with Mike Jones and Jeff Landen re same; drafted and edited supplemental interrogatory answers; conferences with Jeff Landen re same; phone call with Ysursa re same | 11.90 | $115.00 | $1,368.50 |
| 6/7/2017 | JJL | Talk to Kevin Murphy regarding analysis regarding implications of Clint Brown and Bill Lee depositions; message to Tom Ysursa. | 0.50 | $330.00 | $165.00 |
| 6/7/2017 | KLM | Telephone conference with Jeff Landen regarding deposition of Andrew McNeil; review of emails with McNeil. | 0.25 | $330.00 | $82.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/8/2017 | JJL | Work on issues regarding subpoenas; email regarding deposition scheduling; emails with McNeil regarding further extension; email to Ysursa | 0.60 | $330.00 | $198.00 |
| 6/8/2017 | MSJ (2) | Work on discovery issues; work on third party subpoena issues and protective order issues | 0.40 | $330.00 | $132.00 |
| 6/9/2017 | JJL | Work on issues regarding third party subpoenas and extension of time; emails and talk to McNeil | 0.40 | $330.00 | $132.00 |
| 6/9/2017 | MSJ (2) | Work on issues re third party discovery | 0.60 | $330.00 | $198.00 |
| 6/10/2017 | JJL | Work on strategy; talk to Kevin Murphy. | 0.20 | $330.00 | N/C |
| 6/12/2017 | JJL | Work on issues regarding priority and discovery disputes; talk to McNeil; talk to Ysursa; talk to Pence | 0.50 | $330.00 | $165.00 |
| 6/12/2017 | MSJ (2) | Work on third party discovery issues; work on review and revisions to motion for protective order | 1.60 | $330.00 | $528.00 |
| 6/12/2017 | NRG | Conferences with Jeff Landen re indispensable parties and other plans of attack; conducted research re same | 1.10 | $115.00 | $126.50 |
| 6/13/2017 | JJL | Talk to McNeil; work on discovery issues; talk to Linda Pence; coordinate with Tom Ysursa; email from Tom Ysursa regarding Jennifer Piccione initiatives regarding response from teams that received subpoenas; follow-ups from courtnet with Court Clerk regarding scheduling of discovery conference | 2.90 | $330.00 | $957.00 |
| 6/13/2017 | KLM | Review of unredacted invoices from Andrew McNeil. | 0.30 | $330.00 | $99.00 |
| 6/13/2017 | MSJ (2) | Work on revisions to protective order involving third party subpoenas | 0.90 | $330.00 | $297.00 |
| 6/13/2017 | NRG | Conducted research and reviewed pleadings re indispensable parties, mentions of damages for Stu; phone calls to McNeil, the Court, Ysursa and Linda Pence re subpoenas; conferences with Jeff Landen re same | 3.70 | $115.00 | $425.50 |
| 6/14/2017 | JJL | Work on discovery issues; talk to Condon; email from McNeil and follow-ups regarding any stray documents; coordinate with Mike Jones and Nick Gregg; review order following up on contact with Clerks office along with Andrew McNeil (2.0--no charge). | 3.60 | $330.00 | $1,188.00 |
| 6/14/2017 | MSJ (2) | Work on discovery disputes; work on review of additional documents for production | 8.70 | $330.00 | $2,871.00 |
| 6/14/2017 | NRG | Review and organize Ysursa emails for production; conference with Jeff Landen re same and future steps in litigation; conference with Mike Jones and Jeff Landen re review of Ysursa emails | 3.40 | $115.00 | $391.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/15/2017 | JJL | Work on plans for hearing with Magistrate Judge; email of position statement to McNeil; email of position statement from McNeil; prepare and file subpoenas, case authority and other materials per Court Order dated 6/14/17; review emails; talk to Linda Pence; email to Joe Conley; email to Jennifer Piccione; work on supplemental production; talk to Steve Tahsler; work on confidentiality designations; took call from Kevin Murphy | 6.40 | $330.00 | $2,112.00 |
| 6/15/2017 | KLM | Work with Jeff Landen on letter to Magistrate Judge; work with Nick Gregg on discovery issues; conference with Jeff Landen. | 0.60 | $330.00 | $198.00 |
| 6/15/2017 | MSJ (2) | Work on review and redaction of additional documents to produce to opposing parties; work on privilege issues | 6.30 | $330.00 | $2,079.00 |
| 6/15/2017 | NRG | Continued to review Ysursa documents for production; conferences with Mike Jones and Jeff Landen re same; conference with Jeff Landen re email to McNeil demanding subpoenas be retracted; conferences with Christine Duggins re production of Ysursa emails | 7.20 | $115.00 | $828.00 |
| 6/16/2017 | JJL | Work on supplemental discovery and production issues; prepare for Stu Williams deposition; talk to Tom Ysursa; email from McNeil; work on response to McNeil regarding Tom Ysursa deposition. | 3.80 | $330.00 | $1,254.00 |
| 6/16/2017 | KLM | Review of case law in preparation for Court conference. | 0.40 | $330.00 | $132.00 |
| 6/16/2017 | MSJ | Work on review and redaction of additional documents and work on production of same | 1.90 | $425.00 | $807.50 |
| 6/16/2017 | NRG | Preparation of Ysursa documents/file to be produced; conferences with Christine Duggins and Mike Jones re same; finalize production; organize documents for privilege log | 1.90 | $115.00 | $218.50 |
| 6/19/2017 | JJL | Prepare for and participate in discovery conference call/hearing with the Magistrate Judge; talk to Linda Pence; message to Tom Ysursa; talk to Jay Jaffe; talk to Bill Lee; talk to Andrew McNeil; work on witness list; work on document production issues | 4.20 | $330.00 | $1,386.00 |
| 6/19/2017 | KLM | Receipt and review of correspondence from local counsel. | 0.20 | $330.00 | N/C |
| 6/19/2017 | MSJ (2) | Work on issues re motion for protective order, scheduling, and subpoenas in light of conference with court | 0.30 | $330.00 | $99.00 |
| 6/19/2017 | NRG | Telephone conference with the Court re subpoenas; phone calls to Andrew McNeil and Linda Pence re same; conferences with Jeff Landen, Mike Jones and Kevin Murphy re same; preparation for telephone conference (compiling binder with relevant documents for call, etc.) | 3.40 | $115.00 | $391.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 6/20/2017 | JJL | Work on plans for Stu Williams deposition; analysis regarding implications of McNeil abandoning position on need for further subpoenas | 1.40 | $330.00 | $462.00 |
| 6/20/2017 | MSJ (2) | Work on deposition preparation issues | 0.40 | $330.00 | $132.00 |
| 6/21/2017 | JJL | Work on preparations for deposition of Stu Williams relative to the federal case issues; talk to Jacques Condon; coordinate with court reporter | 5.80 | $330.00 | $1,914.00 |
| 6/21/2017 | MSJ (2) | Work on discovery issues and deposition issues | 1.10 | $330.00 | $363.00 |
| 6/21/2017 | NRG | Stu Williams deposition preparation with Jeff Landen, including: review of Bill Lee and Clint Brown deposition and corresponding exhibits; conference with Jeff Landen re potential exhibits to be used; preparation of exhibits and copying of same; conferences with Jeff Landen re deposition outline | 10.90 | $115.00 | $1,253.50 |
| 6/22/2017 | JJL | Prepare for and conduct deposition of Stu Williams; related travel and conferences; review Court Order regarding discovery and regarding extension | 13.90 | $330.00 | $4,587.00 |
| 6/22/2017 | MSJ (2) | Work on supplemental privilege log issues | 0.40 | $330.00 | $132.00 |
| 6/22/2017 | NRG | Final preparation for Stu Williams' deposition; conference with Jeff Landen re same; participate in taking of Stu Williams' deposition; conference with Jeff Landen re outcome of Stu Williams' deposition | 12.20 | $115.00 | $1,403.00 |
| 6/23/2017 | MSJ (2) | Work on deposition issues and privilege log supplementation | 0.70 | $330.00 | $231.00 |
| 6/26/2017 | JJL | Follow ups regarding deposition of Stu Williams; review emails; coordinate with Kevin Murphy | 1.10 | $330.00 | $363.00 |
| 6/26/2017 | MSJ (2) | Work on supplemental privilege log for supplemental (Ysursa) documents produced | 3.30 | $330.00 | $1,089.00 |
| 6/28/2017 | JJL | Report to Ysursa regarding Stu Williams deposition and status; coordinate with Kevin Murphy; work on discovery issues and plans for hearing | 0.90 | $330.00 | $297.00 |
| 6/30/2017 | JJL | Talk to Kevin Murphy; work on plans for hearing; email from McNeil. | 0.40 | $330.00 | N/C |
| | | Total before discount | | | $53,231.50 |
| | | Deduction for previous charges of wrong hourly rate for MSJ | | | ($731.50) |
| | | Total amount of this invoice | | | $52,500.00 |