

# INVOICE

INVOICE NUMBER: 100216
INVOICE DATE: 12/31/2017

FROM: Murphy Landen Jones PLLC
2400 Chamber Center Drive
Suite 200
Fort Mitchell, KY 41017

TO: Frontier Professional Baseball, NFP
2041 Goose Lake Road
Suite 2A
Sauget, IL 62206-2822

Washington Frontier League Baseball, LLC, et al.

v. Zimmerman, et al. (Indianapolis Federal Court)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | **SERVICES** | | | |
| 7/5/2017 | JJL | Talk to Jacques Condon; talk to McNeil (split time); talk to Bill Lee; talk to Steve Tahsler; coordinate with Tom Ysursa; review emails | 2.20 | $330.00 | $726.00 |
| 7/5/2017 | MSJ | Confer with Jeff Landen re prep for litigation committee meeting | 0.30 | $425.00 | N/C |
| 7/6/2017 | JJL | Prepare for and participate in conference call with litigation committee; talk to Kevin Murphy; telephone call to Jacques Condon | 2.90 | $330.00 | $957.00 |
| 7/6/2017 | KLM | Conference call with litigation committee and Jeff Landen. | 1.00 | $330.00 | $330.00 |
| 7/6/2017 | MSJ | Confer Jeff Landen re litigation committee meeting and next steps | 0.20 | $425.00 | N/C |
| 7/7/2017 | JJL | Work on scheduling issues; coordinate with Tom Ysursa; coordinate with Bill Lee; review emails; work on potential settlement issues; email to McNeil; call from Kevin Murphy | 1.50 | $330.00 | $495.00 |
| 7/11/2017 | JJL | Review emails; email Tom Ysursa; plan regarding deposition scheduling | 0.40 | $330.00 | $132.00 |
| 7/11/2017 | NRG | Conference with Jeff Landen re email to McNeil and deposition dates; review notes from 7/3/17 call with McNeil to see what was said re deposition dates | 0.40 | $190.00 | $76.00 |
| 7/12/2017 | JJL | Prepare for and participate in conference call with the board; email to McNeil and Condon | 1.30 | $330.00 | $429.00 |
| 7/12/2017 | KLM | Conference call with Litigation Committee; work-up of notes. | 1.10 | $330.00 | N/C |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/13/2017 | JJL | Analysis regarding strategy; call from Kevin Murphy; coordinate with deponents generally regarding scheduling of upcoming depositions sought by the Washington Club | 0.80 | $330.00 | $264.00 |
| 7/13/2017 | KLM | Conference with Jeff Landen. | 0.25 | $330.00 | N/C |
| 7/13/2017 | NRG | Sat in on Jeff Landen/Kevin Murphy call to Board of Directors re litigation/arbitration update, Zimmerman proposal and other matters; took notes re same; conference with Jeff Landen re same | 1.30 | $190.00 | N/C |
| 7/13/2017 | NRG | Call Nick Semaca, Steve Malliet, Rich Sauget, and Tom Ysursa to coordinate deposition scheduling; conference with Jeff Landen re same | 0.50 | $190.00 | $95.00 |
| 7/14/2017 | JJL | Work on issues regarding deposition scheduling; talk to Tom Ysursa; telephone conferences and calls with McNeil and Condon; talk to Bill Lee; call from Kevin Murphy; talk to Steve Tahsler | 2.80 | $330.00 | $924.00 |
| 7/14/2017 | NRG | Additional calls to Tom Ysursa and Steve Malliet re deposition scheduling; sit in and take notes on call with Jeff Landen, Andrew McNeil and Jacques Condon re deposition scheduling; sit in and takes notes on follow up calls to Andrew McNeil and Jacques Condon re deposition scheduling and other matters; call with Jeff Landen and Tom Ysursa re deposition scheduling and other matters such as Zimmerman proposal and By-Laws amendments | 1.60 | $190.00 | $304.00 |
| 7/15/2017 | JJL | Review email; plan regarding upcoming depositions | 0.10 | $330.00 | N/C |
| 7/17/2017 | JJL | Work on deposition scheduling and coverage issues; telephone call from Bill Lee; telephone to Linda Pence | 1.10 | $330.00 | $363.00 |
| 7/18/2017 | JJL | Review regarding deposition scheduling issues; review emails from McNeil and Tom Ysursa; telephone call from Tom Ysursa; plan for depositions; telephone call from Ysursa; emails with McNeil regarding deposition logistics | 1.10 | $330.00 | $363.00 |
| 7/19/2017 | JJL | Work on preparations for depositions; talk to Kevin Murphy; telephone call to Steve Tahsler; telephone to Bill Lee; telephone call from Tom Ysursa; emails with McNeil regarding deposition scheduling | 0.70 | $330.00 | $231.00 |
| 7/19/2017 | KLM | Travel to St. Louis; preparation for depositions. | 2.50 | $330.00 | $825.00 |
| 7/19/2017 | NRG | Phone call to Bill Lee re Commissioner's Decision binder; search for and prepare documents for 7/20-7/21 depositions | 0.20 | $190.00 | $38.00 |
| 7/20/2017 | JJL | Work on deposition scope and scheduling issues; telephone call to Kevin Murphy; coordinate with Tom Ysursa; work on responses to McNeil arguments | 5.90 | $330.00 | $1,947.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/20/2017 | KLM | Attendance at Bill Lee deposition. | 3.80 | $330.00 | $1,254.00 |
| 7/21/2017 | JJL | Telephone call to Kevin Murphy; work on deposition scheduling issues and related emails to McNeil; work on completion of scheduling difficulties with Stu Williams; telephone to Bill Lee; coordinate with Kevin Murphy; telephone to Tom Ysursa; emails with Ysursa; telephone to Kevin Murphy | 4.30 | $330.00 | $1,419.00 |
| 7/21/2017 | KLM | Attendance at deposition of Rich Sauget; travel to Cincinnati (4 hours -- No Charge.) | 3.50 | $330.00 | $1,155.00 |
| 7/21/2017 | MSJ | Work on issues re Ysursa document production/privilege log as it relates to documents used in today's deposition | 0.30 | $425.00 | N/C |
| 7/21/2017 | NRG | Conferences with Jeff Landen re discovery dispute re duration of Bill Lee deposition and whether McNeil had right to move forward with Bill Lee deposition after Condon had concluded; review of email correspondence and compilation of same; draft, edit and review deposition scheduling timeline to show inconsistencies in noticing depositions; conferences with Jeff Landen re same; emails out to McNeil re deposition scheduling and discovery disputes | 4.60 | $190.00 | $874.00 |
| 7/21/2017 | NRG | Search for documents for review re Sauget deposition; review privilege log re same; conferences with Jeff Landen re same | 0.60 | $190.00 | $114.00 |
| 7/22/2017 | JJL | Review regarding pretrial for McNeil regarding meet and confer; prepare for conference call with SLC | 0.20 | $330.00 | $66.00 |
| 7/23/2017 | JJL | Review emails; plan strategy for meet and confer; call from Kevin Murphy | 0.50 | $330.00 | $165.00 |
| 7/24/2017 | JJL | Work on discovery issues; review email from Court | 0.10 | $330.00 | N/C |
| 7/24/2017 | KLM | Receipt and review of email from Andrew McNeil to law clerk and Magistrate Judge regarding sanctions motion. | 0.20 | $330.00 | $66.00 |
| 7/25/2017 | JJL | Review emails; work on deposition scheduling; email to Condon; email to/from McNeil and Condon regarding deposition scheduling | 4.10 | $330.00 | $1,353.00 |
| 7/26/2017 | JJL | Review emails; coordinate with Kevin Murphy regarding deposition scheduling and deposition issues. | 0.20 | $330.00 | N/C |
| 7/27/2017 | JJL | Participate in conference call with SLC. | 0.70 | $330.00 | $231.00 |
| 7/27/2017 | KLM | Participation in conference call. | 0.30 | $330.00 | N/C |
| 7/28/2017 | JJL | Work on deposition scheduling issues, conference call with McNeil & Condon; review and analysis regarding motion for sanctions regarding Bill Lee; talk to court reporter; review email from Tom Ysursa; email from Condon | 2.90 | $330.00 | $957.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/28/2017 | PPL | Review Stu Williams deposition transcript to identify inconsistencies. | 0.70 | $190.00 | N/C |
| 7/29/2017 | JJL | Plan for depositions | 0.20 | $330.00 | N/C |
| 7/31/2017 | JJL | Work on discovery to Stu and Washington Club | 1.40 | $330.00 | $462.00 |
| 7/31/2017 | NRG | Conferences with Jeff Landen re discovery requests to both Plaintiffs; review Stu Williams deposition for topics relevant to discovery requests; draft and edit discovery requests (requests for production and interrogatories) to both Plaintiffs | 2.70 | $190.00 | $513.00 |
| 8/1/2017 | JJL | Work on issues regarding deposition scheduling; telephone call from Bill Lee regarding document identified drafts; emails from Bill Lee; work on outgoing discovery to Stu and his clubs. | 0.60 | $330.00 | $198.00 |
| 8/1/2017 | KLM | Receipt and review of Court Order. | 0.20 | $330.00 | $66.00 |
| 8/1/2017 | NRG | Drafted and edited discovery requests (requests for production of documents and interrogatories) to Plaintiffs; phone calls to Too Keller and Jacques Condon re consent to receiving electronic service; phone call to Linda Pence re serving McNeil via hand delivery; conferences with Jeff Landen re all of the above | 1.70 | $190.00 | $323.00 |
| 8/3/2017 | JJL | Work on deposition planning and scheduling. | 0.10 | $330.00 | N/C |
| 8/3/2017 | KLM | Receipt and review of email from opposing counsel with deposition dates. | 0.20 | $330.00 | N/C |
| 8/4/2017 | JJL | Work on deposition scheduling issues; talk to Condon; talk to McNeil; coordinate with deponents; talk to Semaca; talk to Tahsler; talk to Wuerful | 1.90 | $330.00 | $627.00 |
| 8/4/2017 | JJL | Work on memo contra motion for sanctions regarding Bill Lee deposition; coordinate with Nick Gregg. | 1.60 | $330.00 | $528.00 |
| 8/4/2017 | NRG | Drafted, edited and finalized Response to Motion for Discovery Sanctions re Bill Lee deposition; drafted, edited and finalized Bill Lee affidavit for same; phone calls to Bill Lee re all of the above; conferences with Jeff Landen re same; preparation of exhibits for same. | 3.50 | $190.00 | $665.00 |
| 8/5/2017 | NRG | Reviewed documents for supplemental production to Jacques Condon (Commissioner's Decision drafts and minutes); phone call to Jeff Landen re same and deposition scheduling | 0.40 | $190.00 | $76.00 |
| 8/6/2017 | JJL | Work on deposition scheduling issues; conference with Kevin Murphy; conference with Condon; telephone to Steve Malliet | 1.00 | $330.00 | $330.00 |
| 8/7/2017 | JJL | Emails to and from AAA; telephone call from AAA regarding scheduling of hearing and scheduling of conference | 0.40 | $330.00 | $132.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 8/7/2017 | JJL | Work on issues regarding deposition scheduling; telephone to Semaca; email to Andrew McNeil et. al.; telephone to Tahsler; review filings | 5.80 | $330.00 | $1,914.00 |
| 8/7/2017 | KLM | Meeting with Jeff Landen regarding upcoming depositions; receipt and review of emails from counsel regarding scheduling. | 0.20 | $330.00 | N/C |
| 8/7/2017 | KLM | Work on deposition issues; telephone conference with Jacques Condon; conference with Jeff Landen regarding strategy and preparation of witnesses; continued review of Stuart Williams' deposition. | 1.10 | $330.00 | $363.00 |
| 8/8/2017 | JJL | Work on plans and preparations for depositions; review reply from Stu regarding sanctions and Bill Lee deposition; email to McNeil; email from McNeil | 0.80 | $330.00 | $264.00 |
| 8/8/2017 | KLM | Travel to St. Louis, Missouri for depositions. | 3.20 | $330.00 | N/C |
| 8/8/2017 | MSJ | Confer Jeff Landen re deposition issues and case resolution strategies | 0.40 | $425.00 | N/C |
| 8/8/2017 | NRG | Review documents for supplemental production to Jacques Condon (attorney for Zimmerman defendants); prepare documents for production, including redaction and bates-labeling; conferences with Jeff Landen re same; phone call to Tom Ysursa re same; conference with Christine Duggins re preparing and sending documents to opposing counsel; phone calls to Steve Malliet and Nick Semaca re deposition scheduling; conference with Jeff Landen re same | 4.60 | $190.00 | $874.00 |
| 8/8/2017 | NRG | Phone calls to Tahsler, Malliet, Semaca, Tom Ysursa and Bill Lee re deposition scheduling and/or scheduling for AAA hearing in mid-October; preparation of documents for Jeff Landen's deposition prep; conferences with Jeff Landen re same | 1.90 | $190.00 | $361.00 |
| 8/9/2017 | JJL | Travel to Normal, Illinois; Prepare Tahsler for his deposition; coordinate with Kevin Murphy; coordinate with Nick Gregg regarding Kokomo official | 7.60 | $330.00 | $2,508.00 |
| 8/9/2017 | KLM | Meet with Tom Ysursa; attendance at deposition of Tom Ysursa; travel to Normal, Illinois for next deposition | 9.50 | $330.00 | $3,135.00 |
| 8/9/2017 | NRG | Final preparation of documents for deposition prep re Steve Tahsler and Steve Malliet; phone calls to Beth Garrison (Kokomo legal counsel) re talking to Mayor Goodnight and Randy McKay; phone call to Steve Malliet re deposition prep | 0.70 | $190.00 | $133.00 |
| 8/10/2017 | JJL | Work on issues regarding implications of depositions; analysis regarding strategic options; call from Steve Malliet; call from Steve Tahsler; call from Kevin Murphy regarding strategy; return travel (4 hours – No Charge) | 2.90 | $330.00 | $957.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/10/2017 | KLM | Attendance at depositions of Tahsler and Malliet; traveled back to Cincinnati. (4.0 hours – No Charge.) | 7.00 | $330.00 | $2,310.00 |
| 8/11/2017 | JJL | Work on analysis regarding strategy; call from Kevin Murphy; telephone to and email from Condon; telephone to Tom Ysursa; analysis regarding implications of new case filed by Hanners in Wisconsin; telephone call from Leslye Wuerfel regarding her upcoming deposition | 1.50 | $330.00 | $495.00 |
| 8/11/2017 | KLM | Receipt and review of lawsuit filed by Hanners v. Zimmerman; conference with Jacques Condon; conference with Tom Ysursa. | 1.00 | $330.00 | $330.00 |
| 8/14/2017 | JJL | Work on deposition issues; review court order regarding Bill Lee deposition; telephone to Kevin Murphy; telephone to Bill Lee; review notice regarding Wuerfel deposition; telephone call from Condon; review emails; telephone to Kevin Murphy; message to Nick Semaca | 1.80 | $330.00 | $594.00 |
| 8/15/2017 | JJL | Work on plans and preparations for depositions; email to Leslye Wuerfel; telephone to Leslye Wuerfel; telephone to Kevin Murphy | 3.50 | $330.00 | $1,155.00 |
| 8/15/2017 | JJL | Work on settlement issues; telephone to Bill Lee | 0.80 | $330.00 | $264.00 |
| 8/15/2017 | NRG | Preparation of documents for Leslye Wuerfel deposition prep; phone call with Jeff Landen; preparation of documents for Jeff Landen to take to Indianapolis for Leslye Wuerfel deposition; conferences with Jeff Landen re same; emails to Bill Lee containing supplemental production for his review in advance of deposition on August 18, 2017 | 0.90 | $190.00 | N/C |
| 8/16/2017 | JJL | Deposition of Leslye Wuerfel and related conferences; travel to and from Indianapolis (4.0 hours – No Charge) | 6.40 | $330.00 | $2,112.00 |
| 8/16/2017 | JJL | Work on issues regarding potential settlement; talk to Jacques Condon; talk to Bill Lee; talk to Condon | 0.50 | $330.00 | $165.00 |
| 8/17/2017 | JJL | Talk to Condon and work on arrangements for in person meeting; call from Kevin Murphy; talk to Bill Lee; email to Lee and Tahsler | 0.40 | $330.00 | $132.00 |
| 8/17/2017 | JJL | Work on issues regarding depositions of Lee and Semaca; coordinate with Kevin Murphy regarding Tom Ysursa regarding logistics and depo prep | 0.90 | $330.00 | $297.00 |
| 8/17/2017 | KLM | Telephone conference with Tom Ysursa; telephone conferences with Condon (2); telephone conference with Semaca; travel to Chicago. | 2.80 | $330.00 | $924.00 |
| 8/17/2017 | KLM | Attendance at depositions of Nick Semaca and Bill Lee; conference call with clients, Zimmerman and Jacques Condon; follow-up call with Bill Lee. | 8.40 | $330.00 | $2,772.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/18/2017 | BAT | Review and annotate deposition transcript of Stuart Williams. | 2.40 | $190.00 | N/C |
| 8/18/2017 | BAT | Meet with Jeff Landen regarding upcoming McNeil deposition and review of Stuart Williams deposition transcript. | 0.70 | $190.00 | N/C |
| 8/18/2017 | JJL | Email to Kevin Murphy regarding Semaca issue; coordinate with Bill Lee; telephone to Murphy | 0.90 | $330.00 | $297.00 |
| 8/18/2017 | JJL | Work on arrangements regarding meeting; telephone call to Bill Lee; telephone to Nick Semaca; email to participants; participate in conference call; coordinate with Kevin Murphy and review email; telephone from Tom Ysursa | 2.30 | $330.00 | $759.00 |
| 8/20/2017 | BAT | Review and annotate deposition transcript of Stuart Williams. | 1.20 | $190.00 | N/C |
| 8/21/2017 | BAT | Review and annotate deposition transcript of Stuart Williams. | 6.20 | $190.00 | N/C |
| 8/22/2017 | BAT | Research regarding discovery sanctions and attorney-client privilege issues | 3.20 | $190.00 | $608.00 |
| 8/22/2017 | JJL | Review emails; conference calls with Lee, Tahsler and Sauget; follow-up conferences and calls regarding possible settlement strategies | 0.50 | $330.00 | $165.00 |
| 8/22/2017 | KLM | Receipt and review of documents, including Tahsler correspondence. | 0.20 | $330.00 | N/C |
| 8/23/2017 | BAT | Research regarding discovery sanctions and related issues | 3.40 | $190.00 | $646.00 |
| 8/23/2017 | JJL | Review regarding potential changes to by-laws and telephone call to Tom Ysursa regarding potential impact on the case | 1.50 | $330.00 | $495.00 |
| 8/23/2017 | JJL | Work on potential settlement letter to Condon; coordinate with Tahsler and Lee; talk to Kevin Murphy | 2.40 | $330.00 | $792.00 |
| 8/23/2017 | KLM | Work on settlement issues regarding Zimmerman. | 0.30 | $330.00 | $99.00 |
| 8/24/2017 | BAT | Research case law regarding discovery abuses and in support of Motion for Summary Judgment on damages and related issues | 2.00 | $190.00 | $380.00 |
| 8/24/2017 | BAT | Review deposition transcript. | 0.90 | $190.00 | N/C |
| 8/24/2017 | JJL | Prepare for and participate in conference call with Special Litigation Committee; analysis regarding by-laws issues; email to Tom Ysursa; telephone to Tom Ysursa regarding the same | 2.70 | $330.00 | $891.00 |
| 8/24/2017 | KLM | Participation in conference call. | 2.20 | $330.00 | $726.00 |
| 8/24/2017 | KLM | Receipt and review of email from Tom Ysursa with revisions to letter to Jacques Condon; made several changes; sent letter to Condon; conference with Jeff Landen. | 0.30 | $330.00 | $99.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/24/2017 | PPL | Work on motion to depose Andrew McNeil. | 4.10 | $190.00 | $779.00 |
| 8/24/2017 | PPL | Research on one-way fee shifting provisions. | 1.60 | $190.00 | N/C |
| 8/25/2017 | BAT | Meet with Jeff Landen re: Motion for Summary Judgment and related research. | 1.80 | $190.00 | N/C |
| 8/25/2017 | BAT | Research case law regarding discovery abuses; research regarding Motion for Summary Judgment and related damages, attorney's fees, and indemnity issues. | 0.70 | $190.00 | N/C |
| 8/25/2017 | JJL | Work on analysis of Section 1927 issues and coordinate regarding research with Beth Taylor | 0.90 | $330.00 | $297.00 |
| 8/26/2017 | BAT | Research Ohio Case Law on Section 1927 claims. | 1.70 | $190.00 | N/C |
| 8/28/2017 | BAT | Review S.D. Indiana Local Rules regarding Motion for Summary Judgment. | 1.20 | $190.00 | N/C |
| 8/28/2017 | BAT | Draft outline for Motion for Summary Judgment. | 1.10 | $190.00 | $209.00 |
| 8/28/2017 | BAT | Work on Motion for Summary Judgment | 2.60 | $190.00 | N/C |
| 8/28/2017 | BAT | Continue work on Motion for Summary Judgment. | 0.40 | $190.00 | N/C |
| 8/28/2017 | KLM | Receipt and review of email from Tom Ysursa; conference with Jeff Landen regarding same. | 0.25 | $330.00 | N/C |
| 8/29/2017 | BAT | Research regarding Section 1927 case law under 7th Circuit and Indiana Law for use in conjunction with Motion for Summary Judgment. | 2.90 | $190.00 | $551.00 |
| 8/29/2017 | BAT | Research re Ohio abuse of process case law for Motion for Summary Judgment. | 2.20 | $190.00 | $418.00 |
| 8/29/2017 | JJL | Telephone call from Condon along with Kevin Murphy; review Condon motion joining in our motion for summary judgment | 0.40 | $330.00 | $132.00 |
| 8/30/2017 | NRG | Conference with Jeff Landen re preparation for Zimmerman deposition; preparation of documents for same | 0.40 | $190.00 | $76.00 |
| 8/31/2017 | JJL | Travel to Milwaukee for deposition of Mike Zimmerman | 4.50 | $330.00 | N/C |
| 8/31/2017 | JJL | Participate in deposition of Mike Zimmerman and related conference; telephone to Kevin Murphy; review memo contra summary | 8.60 | $330.00 | $2,838.00 |
| 8/31/2017 | KLM | Receipt and review of motion for additional time to take discovery filed by Jacques Condon. | 0.20 | $330.00 | $66.00 |
| 9/1/2017 | BAT | Continue research re Ohio abuse of process case law for Motion for Summary Judgment. | 3.80 | $190.00 | $722.00 |
| 9/1/2017 | JJL | Return travel from Milwaukee (4.5 hours – No Charge); prepare status report and send to Ysursa; response to Tahsler regarding Condon | 2.10 | $330.00 | $693.00 |
| 9/1/2017 | KLM | Receipt and review of email from Tom Ysursa; begin draft of response; telephone conference with Jeff Landen. | 0.40 | $330.00 | $132.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 9/1/2017 | NRG | Reviewed Plaintiffs' Response to Motion for Summary Judgment and accompanying affidavits; conference with Jeff Landen re same | 0.70 | $190.00 | $133.00 |
| 9/2/2017 | BAT | Phone call with Jeff Landen re: abuse of process claim and Motion for Summary Judgment. | 0.30 | $190.00 | N/C |
| 9/2/2017 | JJL | Work on abuse of process and 28 USC 1927 issues; telephone call from Beth Taylor | 0.20 | $330.00 | $66.00 |
| 9/4/2017 | BAT | Research Indiana law issues for Motion for Summary Judgment. | 3.40 | $190.00 | $646.00 |
| 9/5/2017 | BAT | Continue drafting Motion for Summary Judgment. | 3.20 | $190.00 | N/C |
| 9/6/2017 | BAT | Complete first draft of Summary Judgment Motion. | 2.40 | $190.00 | N/C |
| 9/7/2017 | JJL | Prepare for deposition of Andrew McNeil; related conferences; travel to/from Indianapolis (3.8 hours – No Charge); review court order regarding over-sized brief and re-filing. | 3.30 | $330.00 | $1,089.00 |
| 9/7/2017 | MSJ | Work on issues re order denying motion for leave to expand page limitation and amend scheduling of our reply brief in support of League motion for summary | 0.50 | $330.00 | $165.00 |
| 9/12/2017 | JJL | Telephone call from Tom Ysursa regarding status and next steps; prepare for Stu Williams deposition; email exchanges with Andrew McNeil regarding scope of deposition. | 1.10 | $330.00 | $363.00 |
| 9/13/2017 | BAT | Phone Call with Jeff Landen re deposition issues and Motion for Summary Judgment. | 0.20 | $190.00 | N/C |
| 9/13/2017 | BAT | Coordinate with Nick Gregg re: discovery extension order. | 0.20 | $190.00 | N/C |
| 9/13/2017 | BAT | Emails to Jeff Landen and Kevin Murphy re: Motion for Summary Judgment and discovery extension order. | 0.20 | $190.00 | N/C |
| 9/13/2017 | BAT | Review draft of Motion for Summary Judgment. | 0.40 | $190.00 | N/C |
| 9/13/2017 | BAT | Coordinate with Nick Gregg re deposition | 0.20 | $190.00 | N/C |
| 9/13/2017 | JJL | Prepare for and participate in deposition of Stu Williams at Pittsburgh, including related conferences; travel to and from Pittsburgh (8 hours—No Charge). | 4.80 | $330.00 | $1.584.00 |
| 9/13/2017 | JJL | Analysis regarding potential 28 USC 1927 motion, including coordination with Beth Taylor and Mike Jones. | 0.10 | $330.00 | $33.00 |
| 9/13/2017 | MSJ | Work on issues re summary judgment motion; confer Jeff Landen re same | 0.30 | $330.00 | $99.00 |
| 9/13/2017 | NRG | Preparation of documents for Stu Williams deposition; phone call with Jeff Landen re same | 0.40 | $190.00 | $76.00 |
| 9/14/2017 | BAT | Research re alternative filing options for Second Motion for Summary Judgment. | 0.40 | $190.00 | $76.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/14/2017 | JJL | Review submission by McNeil. | 0.10 | $330.00 | $33.00 |
| 9/15/2017 | BAT | Email to Jeff Landen regarding second Motion for Summary Judgment Procedural options. | 0.20 | $190.00 | $38.00 |
| 9/15/2017 | BAT | Phone Call with Jeff Landen and Kevin Murphy re deposition and Summary Judgment Motion. | 0.20 | $190.00 | N/C |
| 9/19/2017 | KLM | Receipt and review of summary judgment filed by MKE Baseball, et al.; receipt and review of exhibits. | 0.70 | $330.00 | $231.00 |
| 9/21/2017 | NRG | Began review of Plaintiffs' Amended Response re Motion for Summary Judgment; preparation of redline of first Response and Amended Response to track changes | 0.20 | $190.00 | $38.00 |
| 9/26/2017 | BAT | Phone call with Nick Gregg re: Reply to Response to Motion for Summary Judgment. | 0.20 | $190.00 | N/C |
| 9/26/2017 | BAT | Review Plaintiff Reply to Motion for Summary Judgment. | 1.80 | $190.00 | N/C |
| 9/26/2017 | NRG | Phone call to Beth Taylor re Frontier MSJ Reply and Plaintiffs' responses; emails to Beth Taylor re same | 0.20 | $190.00 | N/C |
| 9/27/2017 | BAT | Review Motion for Summary and Response; research re Plaintiff's case law and related analysis to prepare for Reply. | 3.80 | $190.00 | $722.00 |
| 9/28/2017 | BAT | Research re case law cited by Plaintiff in Response to Motion for Summary Judgment. | 2.60 | $190.00 | $494.00 |
| 9/29/2017 | BAT | Research re additional Business Judgment Rule issues under Ohio case law. | 4.30 | $190.00 | $817.00 |
| 9/29/2017 | JJL | Work on issues regarding response to motion for summary judgment | 0.20 | $330.00 | $66.00 |
| 9/29/2017 | MSJ | Work on summary judgment issues and business judgment rule analysis | 0.30 | $330.00 | $99.00 |
| 10/2/2017 | BAT | Revise legal analysis section of Reply to Response to Motion for Summary Judgment. | 2.40 | $190.00 | $456.00 |
| 10/2/2017 | BAT | Coordinate regarding strategy for Reply to Response to Motion for Summary Judgment | 1.40 | $190.00 | N/C |
| 10/2/2017 | JJL | Work on identification of issues and analysis for reply brief; coordinate with Beth Taylor. | 1.10 | $330.00 | $363.00 |
| 10/3/2017 | BAT | Review and annotate record of previous filings. | 5.60 | $190.00 | N/C |
| 10/3/2017 | PPL | Analysis of Condon's memo in support of Motion for Summary Judgment. | 0.90 | $190.00 | $171.00 |
| 10/4/2017 | BAT | Review and annotate record of previous filings. | 3.90 | $190.00 | N/C |
| 10/4/2017 | BAT | Review and annotate record of previous filings. | 2.60 | $190.00 | N/C |
| 10/4/2017 | JJL | Work on reply memo regarding summary judgment. | 3.00 | $330.00 | $990.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/5/2017 | BAT | Phone call re research on choice of law Issue for conspiracy claim. | 0.20 | $190.00 | N/C |
| 10/5/2017 | BAT | Review and annotate record of previous filings. | 5.20 | $190.00 | N/C |
| 10/5/2017 | JJL | Work on reply memo regarding motion for summary judgment. | 11.90 | $330.00 | $3,927.00 |
| 10/5/2017 | MSJ | Work on issues re Reply in Support of Motion for Summary Judgment and research regarding same | 2.40 | $330.00 | N/C |
| 10/5/2017 | NRG | Conferences with Jeff Landen and Kevin Murphy re Reply in Support of Motion for Summary Judgment; review and editing of same; preparation of exhibits for same; review of Stu Williams deposition for same; coordinate re filing of same | 2.10 | $190.00 | $399.00 |
| 10/5/2017 | PPL | Research on which states allow evidentiary hearings to determine SLC independence, good faith and reasonableness if summary judgment is denied; additional research for reply brief | 5.20 | $190.00 | $988.00 |
| 10/6/2017 | JJL | Work on issues regarding exhibit lists; coordinate with Nick Gregg. | 0.40 | $330.00 | $132.00 |
| 10/9/2017 | JJL | Review email regarding scheduling; plan for pre-hearing conference. | 0.10 | $330.00 | N/C |
| 10/11/2017 | PPL | Research on Ohio law re shareholder/member indemnification. | 1.40 | $190.00 | N/C |
| 10/16/2017 | JJL | Work on hearing preparations including call from Kevin Murphy; emails with Tom Ysursa; telephone to Tom Ysursa; telephone to Bill Lee. | 1.30 | $330.00 | $429.00 |
| 10/18/2017 | PPL | Research regarding categories of damages in Ohio, Illinois and Indiana and potential impacts on Stu's claims | 3.60 | $190.00 | N/C |
| 11/9/2017 | MSJ | Work on witness list and exhibit list issues. | 0.20 | $330.00 | N/C |
| 11/13/2017 | NRG | Began drafting final witness list and final exhibit list; conference with Jeff Landen re same and final expert disclosure | 0.90 | $190.00 | $171.00 |
| 11/14/2017 | NRG | Edited final lay witness list | 0.20 | $190.00 | N/C |
| 11/16/2017 | JJL | Work on issues regarding preparation for next hearing session and talk to Tom Ysursa regarding same; review email from Ysursa and Condon. | 0.60 | $330.00 | $198.00 |
| 11/17/2017 | JJL | Emails with opposing counsel regarding scheduling. | 0.10 | $330.00 | N/C |
| 11/20/2017 | JJL | Work on disclosures of experts, exhibits and related issues; review emails regarding scheduling. | 1.90 | $330.00 | $627.00 |
| 11/20/2017 | JJL | Review email from McNeil regarding additional exhibits. | 0.10 | $330.00 | $33.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/20/2017 | NRG | Prepare, review and edit Final Witness List, Final Exhibit List and Expert Disclosure for Indiana litigation; conferences with Jeff Landen re same; coordinate re filing same | 1.30 | $190.00 | $247.00 |
| 12/15/2017 | KLM | Telephone conference with Tom Ysursa; telephone conference with Bill Lee and Jeff Landen. | 0.40 | $330.00 | $132.00 |
| | | **EXPENSES** | | | |
| 6/22/2017 | KLM | Faegre Baker Daniels Invoice 32036221 for professional services rendered (Indiana local). | | | $819.00 |
| 7/7/2017 | KLM | FedEx to Bill Lee with his deposition transcript. | | | $42.56 |
| 7/10/2017 | KLM | MLJ PLLC check 1325 to Connor Reporting for Inv. 54582 (William Lee deposition transcript) & Inv. 54529 (Clint Brown deposition transcript). | | | $1,839.75 |
| 7/19/2017 | KLM | Taxi service (St. Louis, MO). | | | $47.72 |
| 7/19/2017 | KLM | Delta Air Lines (CVG to St. Louis). | | | $664.50 |
| 7/20/2017 | KLM | Faegre Baker Daniels Invoice 32036715 for professional services rendered (Indiana local). | | | $1,890.00 |
| 7/21/2017 | KLM | Cincinnati Fastpark, Hebron, KY (CVG Airport). | | | $25.50 |
| 8/7/2017 | JJL | Delta Air Lines (Cincinnati, OH to Bloomington, IL) (depo of Tom Ysursa on 8/9/17). | | | $365.30 |
| 8/8/2017 | KLM | Delta Air Lines (CVG to St. Louis)--deposition of Tom Steven Tahsler. | | | $327.20 |
| 8/9/2017 | JJL | MLJ PLLC Visa payment to Hilton Orrington for reservation of conference room for deposition on 8/18/17. | | | $300.00 |
| 8/9/2017 | KLM | Hyatt Regency (St. Louis, MO). | | | $112.32 |
| 8/9/2017 | KLM | Enterprise Rent a Car (St. Louis, MO) | | | $205.88 |
| 8/9/2017 | KLM | Hyatt Regency (St. Louis, MO). | | | $4.26 |
| 8/11/2017 | KLM | MLJ PLLC check 1363 to Connor Reporting for Inv. 55194 (Rich Sauget deposition transcript). | | | $536.30 |
| 8/12/2017 | KLM | Delta Air Lines (CVG to Chicago, IL)--deposition of Steve Malliet on 8/10/17. | | | $271.40 |
| 8/16/2017 | KLM | Delta Air Lines fare for deposition of Nick Semaca on 8/18/17. | | | $312.20 |
| 8/20/2017 | KLM | 8/20/17 Hilton Orrington, Evanston, IL--deposition of Nick Semaca on 8/18/17. | | | $406.18 |
| 8/22/2017 | KLM | MLJ PLLC check 1375 to Associated Reporting, Inc. for Inv. 107400 (Stuart Williams deposition transcript). | | | $1,725.17 |
| 8/24/2017 | KLM | MLJ PLLC check 1373 to Connor Reporting for Invoice 55281 (Tom Ysursa deposition transcript) and Invoice 55285 (Steve Malliet and Steven Tahsler's deposition transcripts). | | | $1,496.65 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/25/2017 | KLM | MLJ PLLC check 1384 to Connor Reporting for Inv. 55362 (Semaca & Lee deposition transcripts). | | | $678.30 |
| 8/25/2017 | KLM | MLJ PLLC check 1383 to Faegre Baker Daniels for Invoices 32036715 & 32036221. | | | $2,709.00 |
| 8/25/2017 | KLM | FedEx from Bill Lee to MLJ PLLC with his deposition transcript. | | | $77.25 |
| 8/28/2017 | KLM | FedEx to Connor Reporting with Bill Lee's signed deposition transcript and errata sheet. | | | $26.40 |
| 8/29/2017 | JJL | Delta Air Lines (Cincinnati, OH to Detroit, MI) (depo of Michael Zimmerman on 8/3/17). | | | $694.60 |
| 9/12/2017 | KLM | MLJ PLLC check 1401 to Connor Reporting for Inv. 55650 (Michael Zimmerman deposition). | | | $943.75 |
| 10/3/2017 | KLM | MLJ PLLC check 1434 to Connor Reporting for Inv. 55120 (Bill Lee depo) and 55340 (Leslye Wuerfel depo). | | | $957.55 |
| 10/9/2017 | JJL | MLJ PLLC check 1440 to J-Cut Video Ltd. for Inv. JCV-170622-1AO (Stuart Williams depo video). | | | $1,082.00 |
| 10/20/2017 | KLM | MLJ PLLC check 1456 to Faegre Baker Daniels for Invoices 32037112 and 32037684 for professional services rendered. | | | $378.00 |
| 10/31/2017 | KLM | MLJ PLLC check 1469 to Faegre Baker Daniels for Inv. 32038568 for professional services rendered. | | | $1,638.00 |
| 11/27/2017 | KLM | MLJ PLLC check 1497 to Faegre Baker Daniels for Invoice 32038864 for professional services rendered. | | | $189.00 |
| 12/21/2017 | KLM | MLJ PLLC check 1522 to Connor Reporting for Inv. 55734 (Williams deposition). | | | $416.79 |
| 12/21/2017 | KLM | MLJ PLLC check 1523 to Faegre Baker Daniels for Inv. 32039527 for professional services rendered. | | | $189.00 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $71,133.00 |
| | | Total amount of expenses | | | $21,371.53 |
| | | Total amount of this invoice | | | $92,504.53 |