UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WASHINGTON FRONTIER LEAGUE BASEBALL, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.  1:14-cv-1862-TWP-TAB ) |
| MICHAEL E. ZIMMERMAN, et al. | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRONTIER PROFESSIONAL BASEBALL, INC., | ) ) |
| Nominal Defendant. | ) |

## ORDER OF DISMISSAL

This matter having come before the Court on the Motion to Dismiss filed by the plaintiffs, Washington Frontier League Baseball, LLC, on its own and derivatively on behalf of Frontier Professional Baseball, Inc. (the "League"), and Stuart A. Williams, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure;

Having reviewed the motion and its attached exhibits, and having concluded that the notice provision of Rule 23.1(c) has been satisfied as evidenced by the League confirming that its board of directors approved the settlement terms between the plaintiffs and the Zimmerman defendants and by the League signing the underlying settlement agreement, and having previously approved the settlement agreement between the plaintiffs and defendants Hanners and Wickline (ECF No. 275), and being otherwise duly advised, the Court now finds that the claims against all defendants should be dismissed. It is accordingly,

ORDERED, ADJUDGED, AND DECREED that the claims in the above-captioned matter against defendants Michael E. Zimmerman, MKE Baseball, LLC, MKE Sports & Entertainment, LLC, W. Chris Hanners and Bryan Wickline shall be, and are hereby, dismissed in their entirety, with prejudice, as to defendants, with each party to bear its or his own costs and attorneys' fees relative to one another.

It is further ORDERED, ADJUDGED, and DECREED, that the Court is specifically retaining jurisdiction over the plaintiffs' pending motion for sanctions against Kevin L. Murphy and J. Jeffrey Landen (ECF No. 311), which is unaffected by this entry.

Date: 7/19/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

All Electronically Registered Counsel